RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  10 / 4 / 06
BY  Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARY LOUISE WEBB WELLS | CIVIL ACTION NO. 06-1371 |
| versus | JUDGE STAGG |
| WOMENS CLINIC OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** due to lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, the 3rd day of October, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE